CLEVELAND BAR ASSOCIATION *v.* DIGGS.

[Cite as Cleveland Bar Assn. *v.* Diggs (1988), 40 Ohio St. 3d 62.]

(No. D.D. 88-10—Submitted September 8, 1988—Decided December 14, 1988.)

*Per Curiam.* The record supports the board's findings and we agree with its recommendation. Accordingly, respondent is hereby ordered indefinitely suspended from the practice of law in Ohio. Costs taxed to respondent.

*Judgment accordingly.*

*Davis & Young Co., L.P.A., Martin J. Murphy* and *Robert S. Belovich,* for relator.

MOYER, C.J., SWEENEY, LOCHER, HOLMES, DOUGLAS, WRIGHT and H. BROWN, JJ., concur.